FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| EMERALD BEACH CORPORATION, d/b/a EMERALD BEACH RESORT, <br><br>   Plaintiff, <br><br> v. <br><br> CERTIFIED POWER SYSTEMS, <br><br>   Defendant. | Civil No. 2009-38 |

**ATTORNEYS:**

**A. Jeffrey Weiss, Esq.**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Christopher A. Kroblin, Esq.**
St. Thomas, U.S.V.I.
   *For the defendant.*

### ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of the defendant, Certified Power Systems ("CPS") to dismiss the complaint of Emerald Beach Corporation, d/b/a Emerald Beach Resort ("Emerald Beach") for lack of personal jurisdiction. Additionally, Emerald Beach has moved for an award of attorneys' fees and costs expended in

*Emerald Beach Corp., d/b/a Emerald Beach Resort v. Certified Power Systems*
Civil No. 2009-38
Order
Page 2

responding to the instant motion. For the reasons stated in the accompanying memorandum Opinion of even date, it is hereby

**ORDERED** that CPS' motion to dismiss is **DENIED;** and it is further

**ORDERED** that Emerald Beach's motion for attorneys' fees is **DENIED.**

                                       S_____
                                              **CURTIS V. GÓMEZ**
                                                **Chief Judge**